UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GILBERT DAVIDSON, | ) | CASE NO. ED CV 09-1484-JVS (PJW) |
| Petitioner, | ) | |
| v. | ) | J U D G M E N T |
| JOHN W. HAVILAND, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: November 16, 2011.

*[signature]*

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\MJ - Davidson v. Haviland - Judgment.wpd